# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## IN FORMA PAUPERIS AFFIDAVIT



FILED
2025 FEB 19 A 11: 52
U.S. DISTRICT COURT
N.D. OF ALABAMA

Declaring that the information I have given below is true and correct, I apply to this court for:

☐ appointment of an attorney.

☑ authority to commence an action without prepayment of fees, costs or security.

1. **PERSONAL AND FINANCIAL DATA**

   A. Your full name and present mailing address:

   Ja'Miya Ja'Nae Curry
   832 Stonecrest Drive
   Birmingham, AL 35242

   Telephone (if any): (205) 567-3426

   B. Are you presently employed?   Yes ✓   No _____

   If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

   Army National Guard
   1044 Cullman Road Arab, AL 35016

   Weekly earnings: $ 300.00 approx

   If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

   _____
   _____
   _____

   Date last worked: _____

   Weekly earnings: $ _____

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind? $ _15,000_

as interest, dividends, rents, or investment income of any kind? $ _____

as gifts or inheritance? $ _____

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ _0_

from pensions, annuities, workmen's compensation, disability or other insurance policies? $ _2800.00 (approx)_

from all other sources? $ _____

C. (1) How much cash do you own or have? $ _0_

(2) How much money do you own or have in any checking or savings account? $ _0_

D. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? Yes _____ No _X_

If the answer is "yes," describe the property and state its approximate value:
_____
_____
_____
_____

E. How much money do you owe others? $ _____

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.
_____
_____
_____
_____

F. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

_Torey Pose (Brother)_
_$ 1,000 (approx)_

2

G.  Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?    Yes _____    No __X__

If the answer is "yes," give the following information for each such person:

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

H.  Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

*I have not been able to find another civilian job every since I was terminated. I only report to my military job once a month.*

(Attach additional sheets as needed)

II.  **EFFORTS TO OBTAIN ATTORNEY**

**(To be completed if requesting Appointment of an attorney)**

A.  Have you talked with an attorney about handling your claim? Yes _____   No __X__

If "yes," give the following information about each attorney with whom you talked:

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____

3

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.) _____
_____
_____

B.  Explain any other efforts you have made to contact an attorney to handle your claim.
_____
_____
_____

C.  Any other information which supports your application for the court to appoint an attorney for you: *I am broke and do not have the correct support system to afford an attorney.*

D.  Name and address of each attorney who has represented you in the last ten (10) years for any purpose: *Blalock and Blalock — Car accident — 1232 Blue Ridge Blvd Hoover, AL 35022*

(Attach additional sheets as needed)

### III.  ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding ____ pages is true and correct.

Date: 2/19/2025

SIGNATURE

WITNESS:
_____
_____

4