# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JA'MIYA J. CURRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GLENWOOD, INC., )<br>)<br>Defendant. ) | Case No.: 2:25-cv-00263-ACA |

## NOTICE OF SETTLEMENT

Defendant Glenwood, Inc. ("Glenwood") gives notice to the Court that Glenwood and Plaintiff Ja'Miya J. Curry have reached a settlement in this case. Glenwood anticipates that the parties will finalize the settlement within thirty days of the date of this Notice, after which Glenwood expects the parties will file a joint stipulation of dismissal.

Respectfully submitted this 20th day of August, 2025.

/s/ T. Matthew Miller
T. Matthew Miller
Emily A. Hopper
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
mmiller@bradley.com
ehopper@bradley.com

*Attorneys for Defendant Glenwood Inc.*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    David I. Schoen
CONSUMER ATTORNEYS PLLC
2800 Zelda Road
Suite 100-6y
Montgomery, AL 36106
(334) 395-6611
david@schoenlawfirm.com
schoenlawfirm@gmail.com

    Emanuel Kataev, Esq.
*Admitted Pro Hac Vice*
6829 Main Street
Flushing, NY 11367-1305
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

    *Attorneys for Plaintiff Ja'Miya J. Curry*

                                     */s/ T. Matthew Miller*
                                           OF COUNSEL